[No. 3629–II. Division Two. June 24, 1980.]

*In the Matter of* CHESTER F. GARDNER.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 43953, Charles T. Mertsching, J. Pro Tem., entered July 28, 1978. *Reversed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Petrich, J.

[No. 2995–6–III. Division Three. June 24, 1980.]

ROBERT RIDGWAY, *Respondent,* v. ROGER L. CORN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 68006, James B. Mitchell, J., entered June 26, 1978. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Roe, JJ.

[No. 3169–1–III. Division Three. June 24, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. MARIO LEE BALDOZ, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 77–1–00259–2, Harry Hazel, J. Pro Tem., entered November 20, 1978. *Dismissed* by unpublished opinion per McInturff, A.C.J., concurred in by Munson and Roe, JJ.

[No. 3545–II. Division Two. June 25, 1980.]

ARTHUR ALMQUIST, ET AL, *Appellants,* v. ANDY PANAGIOTOU, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 243454, William L. Brown, Jr., J., entered June 9, 1978. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrie and Petrich, JJ.